# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1091
Lower Tribunal No. 18-19947 SP
_____

**Express Damage Restoration, LLC, etc.,**
Appellant,

vs.

**Citizens Property Insurance Corporation,**
Appellee.

An appeal from the County Court for Miami-Dade County, Myriam Lehr, Judge.

The Diener Firm, P.A., and Erik D. Diener (Plantation), for appellant.

Cole, Scott & Kissane, P.A. and David C. Borucke (Tampa), for appellee.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Express Damage Restoration, LLC v. Citizens Prop.</u>

<u>Ins. Corp.</u>, 320 So. 3d 305 (Fla. 3d DCA 2021).